1 | CENTER FOR DISABILITY ACCESS
2 | Ray Ballister, Jr., Esq., SBN 111282
   | Mark Potter, Esq., SBN 166317
3 | Phyl Grace, Esq., SBN 171771
   | Dennis Price, SBN 279082
4 | Mail: PO Box 262490
   | San Diego, CA 92196-2490
5 | Delivery: 9845 Erma Road, Suite 300
   | San Diego, CA 92131
6 | (858) 375-7385; (888) 422-5191 fax
   | phylg@potterhandy.com
7 | Attorneys for Plaintiff

8 | STEPHEN E. ABRAHAM ( SBN: 172054)
   | stephen@abraham-lawoffices.com
9 | LAW OFFICES OF STEPHEN ABRAHAM
   | 1592 Pegasus Street
10 | Newport Beach, California 92660
   | Telephone: (949) 878-8608
11 | Facsimile: (714) 852-3366
12 | Attorney for Defendants, LSJ Investments Inc., a California Corporation, and Maria J. Romero

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>LSJ INVESTMENTS INC., a California Corporation; MARIA J. ROMERO; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-01248-BRO-JPR<br><br>ORDER ON<br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 17, 2017    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: April 17, 2017    LAW OFFICES OF STEPHEN ABRAHAM

By: /s/ Stephen E. Abraham
    Stephen E. Abraham
    Attorneys for Defendants
    LSJ Investments Inc., a California Corporation, and Maria J. Romero

IT IS SO ORDERED.

DATED: April 20, 2017

UNITED STATES DISTRICT JUDGE

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Stephen E. Abraham, counsel for LSJ Investments Inc., a California Corporation, and Maria J. Romero, and that I have obtained Mr. Abraham's authorization to affix his electronic signature to this document.

Dated: April 17, 2017  CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff